**1056**

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sowmya Bharathi, Michael Caruso, Fed. Pub. Def., Fed. Pub. Defender's Office, Miami, FL, for Defendant–Appellant.

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges*.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The previous panel's opinion is hereby VACATED.

* Senior United States Circuit Judge R. Lanier Anderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles Levern HUDSON,
Defendant–Appellant.**

**No. 10–14428.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 4, 2011.

Lisa A. Hirsch, Anne R. Schultz, Wilfredo A. Ferrer, U.S. Atty., Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, Rinku Talwar Tribuiani, U.S. Attorney's Office, Fort Pierce, FL, for Plaintiff–Appellee.

Bernardo Lopez, Fed. Pub. Defender's Office, Fort Lauderdale, FL, Michael Caruso, Fed. Pub. Def., Miami, FL, for Defendant–Appellant.

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges *.

BY THE COURT:

A member of this court in active service having requested a poll on the petition for rehearing and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

* Senior United States Circuit Judge Peter F. Fay has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The previous panel's opinion is hereby VACATED.

CLASSEN IMMUNOTHERAPIES, INC., Plaintiff–Appellant,

v.

BIOGEN IDEC, Defendant–Appellee,

and

GlaxoSmithKline, Defendant–Appellee,

and

Merck & Co., Inc., Defendant–Cross–Appellant,

and

Chiron Corporation, Kaiser–Permanente, Inc., Kaiser Permanente Ventures, Kaiser Permanente International, Kaiser Permanente Insurance Company, the Permanente Federation, LLC, the Permanente Company, LLC, the Permanente Foundation, the Permanente Medical Group, Inc., Kaiser Foundation Hospitals, Kaiser Foundation Added Choice Health Plan, Inc., and Kaiser Foundation Health Plan Inc., Defendants.

Nos. 2006–1634, 2006–1649.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2011.

Rehearing En Banc Denied Nov. 30, 2011.*

* Circuit Judge Lourie and Circuit Judge O'Malley did not participate in the vote.